IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GC CORPORATION,<br>　　　　　Plaintiff,<br><br>DANIEL OROZCO,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　　No. 08 CV 3716<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:
　Mr. Christian D. Ambler
　Mr. William G. Stone
　Stone & Johnson
　150 North Michigan Avenue
　26th Floor
　Chicago, Illinois 60601

　　**PLEASE TAKE NOTICE** that on July 17, 2008, I caused to be filed in the office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, the attached **Defendant's Answer to Plaintiff's Complaint at Law**, a copy of which is attached hereto and hereby served upon you.

| | |
|---|---|
| Name:　Cunningham, Meyer & Vedrine, P.C.<br>Address: 111 W. Washington Street - 937<br>Telephone: (312) 578-0049 | Attorney for: Daniel Orozco<br>City/State: Chicago, Illinois 60602<br>Atty No.: 39107 |

## PROOF OF SERVICE

　　I hereby certify that on July 17, 2008, I electronically filed the foregoing Notice of filing Defendant's Answer to Plaintiff's Complaint at Law with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification to the above.

| | |
|---|---|
| (x)　Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct. | Date:　July 17, 2008<br><br>　Mary Kay Surufka<br>　　　　Signature |