**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                 Case Number: 08 CV ~~8376~~ 3716
GC Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Daniel Orozco

| | |
|---|---|
| **NAME** (Type or print) <br> Michael R. Slovis | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| **FIRM** <br> Cunningham, Meyer & Vedrine, P.C. | |
| **STREET ADDRESS** <br> 111 W. Washington Street, Suite 937 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6210763 | **TELEPHONE NUMBER** <br> (312) 578-0049 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |